Ian M. Ross (admitted *pro hac vice*)
iross@sidley.com
**SIDLEY AUSTIN LLP**
1001 Brickell Bay Drive, Suite 900
Miami, FL 33131
Telephone: (305) 391-5218
Facsimile: (305) 391-5101

Sarah E. Gallo (SBN 335544)
sgallo@sidley.com
**SIDLEY AUSTIN LLP**
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

*Attorneys for Defendants*
*Elevate Labs, LLC and MindSnacks, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JONATHAN KROSKEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELEVATE LABS, LLC and MINDSNACKS, INC.,<br><br>Defendant. | Case No. 5:24-cv-08113-EJD<br><br>Assigned to: Hon. Edward J. Davila<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO COMPEL ARBITRATION**<br><br>Date: April 17, 2025<br>Time: 9:00 am<br>Place: Courtroom 4, 5th Floor<br><br>CLASS ACTION |

Plaintiff Jonathan Kroskey ("Plaintiff") and Defendants Elevate Labs, LLC and MindSnacks, Inc. ("Defendants") (together, the "Parties") hereby stipulate and agree as follows:[1]

WHEREAS, on November 18, 2024, Plaintiff filed his Class Action Complaint against Defendants asserting claims for violation of the Video Privacy Protection Act ("VPPA"), California Civil Code § 1799.3, and the California Information Privacy Act, Cal. Pen. Code § 631 ("CIPA") (ECF No. 1);

WHEREAS, on January 24, 2025, Defendants filed a Motion to Compel Arbitration (ECF No. 14);

WHEREAS, on February 7, 2025, Plaintiff filed his Opposition to Defendants' Motion to Compel Arbitration (ECF No. 21);

WHEREAS, the deadline for Defendants to file their Reply in support of their Motion to Compel Arbitration was originally February 14, 2025;

WHEREAS, the Parties have met and conferred and agreed to a short extension on Defendants' deadline to file their Reply in support of their Motion to Compel Arbitration;

IT IS THEREFORE STIPULATED AND AGREED that, subject to the Court's approval:

1. Defendants shall file their reply in support of their Motion to Compel Arbitration on or before February 21, 2025.

**IT IS SO STIPULATED.**

[1] Nothing in this Stipulation and [Proposed] Order constitutes waiver of Defendants' intent to seek arbitration as to all of Plaintiff's claims in the above-captioned action.

Date: February 10, 2025

**SIDLEY AUSTIN LLP**

By: */s/ Sarah E. Gallo*
Sarah E. Gallo (SBN 335544)
sgallo@sidley.com
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200

Ian M. Ross (admitted *pro hac vice*)
iross@sidley.com
1001 Brickell Bay Drive, Suite 900
Miami, FL 33131
Telephone: (305) 391-5100

*Attorneys for Defendants*
*Elevate Labs, LLC and MindSnacks, Inc.*

Date: February 10, 2025

**BURSOR & FISHER, P.A.**

By: */s/ Neal J. Deckant*
Neal J. Deckant (SBN 335544)
ndeckant@bursor.com
Ines Diaz Villafana (SBN 354099)
idiaz@bursor.com
Joshua B. Glatt (SBN 354064)
jglatt@bursor.com
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700

*Attorneys for Plaintiff Jonathan Kroskey*

**LOCAL RULE 5-1 ATTESTATION**

Pursuant to Civil L.R. 5-1(h)(3), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 10, 2025

*/s/ Sarah E. Gallo*
Sarah E. Gallo

**[PROPOSED] ORDER**

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

Dated: ____________, 2024

______________________________
Hon. Edward J. Davila
United States District Judge