Ian M. Ross (admitted *pro hac vice*)
iross@sidley.com
**SIDLEY AUSTIN LLP**
1001 Brickell Bay Drive, Suite 900
Miami, FL 33131
Telephone: (305) 391-5218
Facsimile: (305) 391-5101

Sarah E. Gallo (SBN 335544)
sgallo@sidley.com
**SIDLEY AUSTIN LLP**
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-7490
Facsimile: (415) 772-7400

*Attorneys for Defendants*
*Elevate Labs, LLC and MindSnacks, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JONATHAN KROSKEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELEVATE LABS, LLC and MINDSNACKS, INC.,<br><br>Defendant. | Case No. 5:24-cv-08113-EJD<br><br>Assigned to: Hon. Edward J. Davila<br><br>**STATEMENT OF RECENT DECISION**<br><br><u>CLASS ACTION</u> |

Pursuant to Local Civil Rule 7-3(d)(2), Defendants Elevate Labs, LLC and MindSnacks, Inc. ("Defendants") respectfully submit this Statement of Recent Decision to bring to the Court's attention relevant authority issued after Defendants' Motion to Compel Arbitration (ECF No. 14) was fully briefed.

On April 18, 2025, United States District Court Judge Trina L. Thompson issued a decision in *Sarhadi v. Pear Health Labs, Inc.*, No. 3:24-cv-07921-TLT, granting the defendant's motion to compel arbitration and denying its motion to dismiss as moot. A copy of the order is attached for the Court's reference as Exhibit A. A copy of the defendant's sign-in screen, cited in the *Sarhadi* decision at page 8 (and appearing on page 3 of ECF No. 25), is excerpted here for ease of review and attached for the Court's reference as Exhibit B.

Date: May 13, 2025

**SIDLEY AUSTIN LLP**

By: */s/ Ian M. Ross*
Ian M. Ross (admitted *pro hac vice*)
iross@sidley.com
1001 Brickell Bay Drive, Suite 900
Miami, FL 33131
Telephone: (305) 391-5100

Sarah E. Gallo (SBN 335544)
sgallo@sidley.com
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200

*Attorneys for Defendants
Elevate Labs, LLC and MindSnacks, Inc.*